**DISMISS; and Opinion Filed September 10, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00931-CR

**BROOKE MCCANN JORDAN, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-54880-U**

## MEMORANDUM OPINION

Before Justices Lang, Fillmore, and Schenck
Opinion by Justice Fillmore

Brooke McCann Jordan filed her notice of appeal on August 10, 2018. The clerk's record, filed August 20, shows Jordan pleaded guilty to the offense of driving while intoxicated with two prior convictions for driving while intoxicated. On June 3, 2016, following Jordan's plea agreement with the State, the trial court assessed punishment at ten years in prison, probated for six years, and a $2,000 fine. The trial court prepared and signed a certification of the right to appeal, stating the case was a plea bargain case and Jordan had no right to appeal. Since that time, the State has filed several motions to revoke probation, the most recent of which was filed on March 12, 2018. To date, the trial court has not ruled on the State's March 12th motion.

As a general rule, an appellate court may consider appeals by criminal defendants only after conviction. *Wright v. State*, 969 S.W.2d 588, 589 (Tex. App.–Dallas 1998, no pet.). With

regard to cases involving "regular" probation, the Texas Legislature has authorized appeal of only two types of orders: (1) an order granting probation, and (2) an order revoking probation. *See Davis v. State*, 195 S.W.3d 708, 711 (Tex. Crim. App. 2006) (discussing *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977)).

Here, the State's motion to revoke Jordan's probation is still pending in the trial court. Because there is no order granting the State's motion, we lack jurisdiction over this case.

We dismiss this appeal.

/Robert M. Fillmore/

ROBERT M. FILLMORE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

180931F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

BROOKE MCCANN JORDAN, Appellant

No. 05-18-00931-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court, Dallas County, Texas.
Trial Court Cause No. F15-54880-U.
Opinion delivered by Justice Fillmore, Justices Lang and Schenck participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 10th day of September, 2018.